IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT POTTER and DOROTHY
LEUTTINGER, Individually and
on Behalf of All Others Similarly
Situated,

Plaintiffs,

v.

JANUS INVESTMENT FUND, a
business trust; JANUS CAPITAL
MANAGEMENT, LLC; SCUDDER
INTERNATIONAL FUND, INC.;
DEUTSCHE INVESTMENT
MANAGEMENT AMERICAS, INC.,

Defendants.                                                                No. 03-CV-0692-DRH

### ORDER

**HERNDON, District Judge:**

Pursuant to the mandate of the Seventh Circuit in *In re Mutual Fund Market-Timing Litigation*, **2006 U.S. App. LEXIS 25660 (7th Cir. 2006)**, which vacated this Court's Order dismissing the case (Doc. 80), the Court **REMANDS** this action to the Madison County, Illinois Circuit Court.

**IT IS SO ORDERED.**

Signed this 29th day of November, 2006.

/s/     David   RHerndon
**United States District Judge**

1